UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JRT PROPERTIES LLC | § | Case No. 15-80484 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 100,521.42 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 35,824.23 | |

3) Total gross receipts of $ 160,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 23,654.35 (see **Exhibit 2**), yielded net receipts of $ 136,345.65 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 35,824.23 | 35,824.23 | 35,824.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 619,047.72 | 163,541.97 | 100,000.00 | 100,521.42 |
| **TOTAL DISBURSEMENTS** | $ 619,047.72 | $ 199,366.20 | $ 135,824.23 | $ 136,345.65 |

4) This case was originally filed under chapter 7 on 02/25/2015. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/03/2017          By: /s/BERNARD J. NATALE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Conveyance | 1241-000 | 160,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 160,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JRT PROPERTIES LLC | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 23,654.35 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 23,654.35** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 10,067.28 | 10,067.28 | 10,067.28 |
| BERNARD J. NATALE | 2200-000 | NA | 9.80 | 9.80 | 9.80 |
| Associated Bank | 2600-000 | NA | 328.10 | 328.10 | 328.10 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 8,857.50 | 8,857.50 | 8,857.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 10.55 | 10.55 | 10.55 |
| CRAIG WILLETTE | 3210-000 | NA | 15,875.00 | 15,875.00 | 15,875.00 |
| CRAIG WILLETTE | 3220-000 | NA | 326.00 | 326.00 | 326.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 35,824.23 | $ 35,824.23 | $ 35,824.23 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Bank & Trust Co - Sycamore c/o Attorney Timothy Con 2040 Aberdeen Court Sycamore, IL 60178 | | 619,047.72 | NA | NA | 0.00 |
| 1 | National Bank & Trust Co - Sycamore | 7100-000 | NA | 163,541.97 | 100,000.00 | 100,000.00 |
| | National Bank & Trust Co - Sycamore | 7990-000 | NA | NA | NA | 521.42 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 619,047.72 | $ 163,541.97 | $ 100,000.00 | $ 100,521.42 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-80484 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | JRT PROPERTIES LLC | | | | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/26/2015 |
| For Period Ending: | 07/03/2017 | | | | Claims Bar Date: | 07/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Business checking account at National Bank and T | 0.00 | 0.00 | | 0.00 | FA |
| 2. Mascal Electric, Inc. (unpaid rent) | 0.00 | 0.00 | | 0.00 | FA |
| 3. Corporate books and records | 0.00 | 0.00 | | 0.00 | FA |
| 4. Fraudulent Conveyance (u) | 0.00 | 300,000.00 | | 160,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $0.00   $300,000.00   $160,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED 4/19/2017

| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 06/30/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-80484 | Trustee Name: BERNARD J. NATALE |
| Case Name: JRT PROPERTIES LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8764 |
| | Checking |
| Taxpayer ID No: XX-XXX9660 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 07/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/16/17 | 4 | Reno & Zahm LLP<br>Trust Account<br>2902 McFarland Rd, Ste 400<br>Rockford, IL 61107-6801 | Fraudulent Conveyance | 1241-000 | $160,000.00 | | $160,000.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.73 | $159,900.27 |
| 03/17/17 | 1101 | CRAIG WILLETTE<br>YALDEN, OLSEN & WILLETTE<br>1318 E STATE STREET<br>ROCKFORD, IL 61104 | Pymt of SC Fees & Expenses | | | $16,201.00 | $143,699.27 |
| | | CRAIG WILLETTE | ($326.00) | 3220-000 | | | |
| | | CRAIG WILLETTE | ($15,875.00) | 3210-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.37 | $143,470.90 |
| 05/23/17 | 1106 | JRT PROPERTIES LLC<br>1731 BROCK CIRCLE<br>SYCAMORE, IL 60178 | Distribution of surplus funds to debtor. Reversal Check should have been made out to the Bankruptcy Estate of George Schofield per the Distribution Report. | 8200-000 | | ($23,654.35) | $167,125.25 |
| 05/23/17 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $10,077.08 | $157,048.17 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($10,067.28) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trte Expenses ($9.80) | 2200-000 | | | |
| 05/23/17 | 1103 | CLERK OF THE BANKRUPTCY COURT<br>327 S CHURCH STREET<br>ROOM 1100<br>ROCKFORD, IL 61101 | Adv Fee Case No: 16-96062/15-80484 | 2700-000 | | $350.00 | $156,698.17 |

| | | | Page Subtotals: | | $160,000.00 | $3,301.83 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-80484 | Trustee Name: BERNARD J. NATALE |
| Case Name: JRT PROPERTIES LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8764 |
| | Checking |
| Taxpayer ID No: XX-XXX9660 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 07/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/17 | 1104 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $8,868.05 | $147,830.12 |
| | | BERNARD J. NATALE LTD | Atty Fees                             ($8,857.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Atty Expenses                          ($10.55) | 3120-000 | | | |
| 05/23/17 | 1105 | National Bank & Trust Co - Sycamore<br>C/O Attorney Timothy Conklin<br>2040 Aberdeen Court<br>Sycamore, Il 60178 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $100,521.42 | $47,308.70 |
| | | |                                       ($521.42) | 7990-000 | | | |
| | | National Bank & Trust Co - Sycamore | Final distribution to claim 1       ($100,000.00) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 05/23/17 | 1106 | JRT PROPERTIES LLC<br>1731 BROCK CIRCLE<br>SYCAMORE, IL  60178 | Distribution of surplus funds to debtor. | 8200-000 | | $23,654.35 | $23,654.35 |
| 05/23/17 | 1107 | George Schofield Bankruptcy Estate | Distribution from the Bankruptcy Estate of JRT Properties | 8200-002 | | $23,654.35 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $160,000.00 | $160,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $160,000.00 | $160,000.00 |
| Less: Payments to Debtors | $0.00 | $23,654.35 |
| Net | $160,000.00 | $136,345.65 |

Page Subtotals:                                                                                  $0.00         $156,698.17

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8764 - Checking | $160,000.00 | $136,345.65 | $0.00 |
|  | $160,000.00 | $136,345.65 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | **$160,000.00** |
| Total Gross Receipts: | $160,000.00 |

Page Subtotals:                                    $0.00              $0.00